UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jacob William Johnson

    v.                                              Case No. 20-cv-398-SE-AJ

Celia Englander et al.

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 11, 2023 (doc. no. 103). For the reasons explained therein, defendant Tina Crissfulli's motion to dismiss (doc. no. 95) is denied.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date: October 17, 2023

cc:   Jacob William Johnson, pro se
       Counsel of Record