UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jacob William Johnson

    v.                                    Case No. 1:20-cv-398-SE-AJ

Cecelia Englander, et. al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 16, 2024. Dr. Englander's motion for summary judgment (Doc. No. 129) and Dr. Fetter's motion for summary judgment (Doc. No. 130) are denied, and State Defendants' motion for summary judgment (Doc. No. 123) is granted as to Claim 1(f)(iii) and Claims 1(j)(i)-(ii) and denied as to Claims 1(c)(i)-(ii); Claim 1(d)(i); Claim 1(e)(i); Claim 1(f)(i)-(ii); Claim 1(g)(i)-(iv); Claims 1(h)(i)-(iv); Claim 1(i); Claims 1(k)(i)-(iii); Claim 1(m); Claim 1(o); Claims 2(b)-(f); Claims 4(a)-(b)(i); and Claim 6. The clerk's office is directed to schedule this matter for an evidentiary hearing to determine whether Mr. Johnson exhausted available administrative remedies on the following: Claims 1(g)(iii)-(iv); Claims 1(h)(iii)-(iv); Claims 1(k)(i)-(iii); Claim 1(m); Claim 1(o); Claims 2(a)-(f); Claims 4(a)-(b)(i); and Claim 6.

                                                          _____
                                                          Samantha D. Elliott
                                                          United States District Judge

Date: September 17, 2024

cc: Jacob William Johnson, pro se
    Counsel of Record