UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jacob William Johnson

    v.                                                   Case No. 20-cv-398-SE

Dr. Celia Englander, et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 25, 2024 (doc. no. 147). For the reasons explained therein, plaintiff's case is dismissed without prejudice pursuant to Rule 41(b).

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's action is dismissed in its entirety. The clerk is directed to enter judgment and close this case.

**SO ORDERED.**

                                                      Samantha D. Elliott
                                                      United States District Judge

Date: January 27, 2025

cc:   Jacob William Johnson, pro se
       Counsel of Record